HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARK RICHARD STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:14-mj-00080 MJS |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT; ORDER THEREON** |
| vs. | |
| MARK RICHARD STEVENS, | Date:   October 8, 2014<br>Time:  9:00 a.m.<br>Judge: Hon. Michael J. Seng |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2), Defendant, Mark Richard Stevens, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant has been charged with four counts of being in possession of a controlled substance, in violation of 36 C.F.R. § 2.35(b)(2) and one count of exceeding the posted speed

limit, in violation of 36 C.F.R. § 4.21(c).  On September 25, 2014, this Court appointed the Office of the Federal Defender to represent Mr. Stevens.  At the initial appearance, Defendant intends to enter a not guilty plea and request that the Court order that discovery be provided to defense counsel.

Defendant makes this request for a waiver of appearance because he currently resides in Seattle, Washington, and the price of a plane ticket from Washington to Yosemite National Park would pose a significant financial burden on Defendant. This request is made pursuant to Fed.R.Crim.P. 43(b)(2).

DATED:  September 25, 2014       /s/ *Mark R. Stevens*
                                 Mark Richard Stevens
                                 (Original Signature in File)

DATED:  September 25, 2014       /s/ *Megan T. Hopkins*
                                 Megan T. Hopkins
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Mark Richard Stevens

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all **non-substantive pretrial** proceedings until further order. Defendant is advised that he will be required to be personally present for trial, for entry of a guilty plea and for sentencing if any of those three events occur.

IT IS SO ORDERED.

Dated:   September 29, 2014              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE